# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** January 11, 2024

**CASE OF:**   IN RE: AMENDMENTS TO FLORIDA RULES OF
APPELLATE PROCEDURE 9.020 AND 9.400

**DOCKET NO.:** SC2023-0836

**OPINION FILED:**  December 21, 2023

### ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE
ABOVE OPINION:**

On p. 5, line 7, the "-(2)" in "(1)-(2) [No Change]" was removed.

On p. 5, lines 8-9, "(2) in original proceedings, the time for service of
the petitioner's reply to the response to the petition;" and
struckthrough word "or" after "petition;" was added.

**SIGNED:  OPINION CLERK**